**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CLIFF MALBROUGH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-8391** |
| **DARREL VANNOY, WARDEN** | **SECTION: "F"(5)** |

### O R D E R

The Court, upon considering the Motion for Stay and Abeyance, the petition, the record herein and applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves and adopts the Report and Recommendation of the United States Magistrate Judge.     Accordingly,

**IT IS ORDERED** that the Motion for Stay and Abeyance is hereby **GRANTED** and that Malbrough's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is hereby **STAYED** and **ADMINISTRATIVELY CLOSED** pending full and final exhaustion of the claims for relief presented in his federal petition that are currently pending before the state courts.

**IT IS FURTHER ORDERED** that Petitioner, Cliff Malbrough, file a motion to reopen this matter within thirty (30) days after finality of all state post-conviction review through the Louisiana Supreme Court related to the unexhausted claims presented in his federal petition that are currently pending before the state courts.

New Orleans, Louisiana, this   8th   day of _____February_____, 2019.

_____
**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**