UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLIFF MALBROUGH | CIVIL ACTION |
| VERSUS | NO. 18-8391 |
| DARREL VANNOY, WARDEN | SECTION M(3) |

# ORDER

Having considered the habeas petition, the record, the applicable law, the United States Magistrate Judge's Report and Recommendation ("R&R"),[1] and the petitioner's objections to the R&R,[2] the Court hereby approves the R&R and adopts it as its own opinion. Suffice it to say that, in his 47 pages of objections to the R&R, the petitioner largely repeats at length the arguments he originally urged in his petition, which the magistrate judge thoroughly and ably analyzed and rejected in her 118-page R&R. The only new contentions the petitioner puts forward in his objections amount to repeated and unfounded attacks on the veracity or competence of the magistrate judge, the petitioner's former trial and appellate counsel, the state's district attorney, and several witnesses whose testimony formed a key part of the basis of the R&R. Under the standards of review applicable to the various issues the petitioner raised in his petition, such unsupported assertions are insufficient to undermine the magistrate judge's careful assessment of the record and evidence or her complete and correct application of the law. Accordingly,

IT IS ORDERED that the federal application for habeas corpus relief filed by Cliff Malbrough is DISMISSED WITH PREJUDICE.

---

[1] R. Doc. 30.
[2] R. Doc. 31.

New Orleans, Louisiana, this 10th day of September, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE